```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JULIUS R. NASSO,                                :        10 Civ. 2277 (SHS)

               Plaintiff,           :

    -against-                             :        ORDER

STEVEN SEAGAL and STEAMROLLER      :
PRODUCTIONS, INC.,
                                                :
              Defendants.
------------------------------------------------------------x

      A pretrial conference having been held today, with counsel for plaintiff present, and no appearance on behalf of defendants,

      IT IS HEREBY ORDERED that:

      1.    Plaintiff's motion for a default judgment [8] is dismissed on the grounds that it is withdrawn by plaintiff; and

      2.    At the request of plaintiff, this action is dismissed without prejudice to its renewal.

Dated: New York, New York
       July 8, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.